**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | | |
|---|---|---|---|---|
| DEBTOR: | Rosa Reinoso | JOINT DEBTOR: | | CASE NO.: 15-24431 |
| Last Four Digits of SS# | xxx-xx-5000 | Last Four Digits of SS# | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ **50.35** for months **1** to **1** ;
    B.  $ **178.13** for months **2** to **32** ;
    C.  $ **143.40** for months **33** to **36** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,000.00** TOTAL PAID $ **2,000.00**
               Balance Due $ **1,000.00** payable $ **31.25** /month (Months **1** to **32** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1. Lago Mar Community Assoc, Inc.**    Arrearage on Petition Date $ **505.88**
Address: **381 N Krome Ave; Suite 205; Homestead, FL 33030**
                                       Arrears Payment $ **14.06** /month (Months **1** to **36**)
Account No: **xx0027**    Regular Payment $ **115.00** /month (Months **2** to **36** )

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**    Total Due $ _____
               Payable $ _____ /month (Months __ to __ ) Regular Payment $ _____

Unsecured Creditors: Pay $ **0.00** /month (Months __ to **)** .
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**
       **The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Rosa Reinoso**
**Rosa Reinoso**
Debtor

Date: **September 16, 2015**