IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                          CASE NO. 15-24431-LMI
ROSA REINOSO                                CHAPTER 13

      Debtor,
_____/

## OBJECTION TO CLAIM
## IMPORTANT NOTICE TO CREDITOR:
## THIS IS AN OBJECTION TO YOUR CLAIM

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedite hearing on this objection will be schedule on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(b)(2).

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor objects to the following claim filed in this case:

      Debtor, **ROSA REINOSO**, objects to Claim number 1-1 filed on September 30, 2015 filed by the Lago Mar Townhomes Association, Inc. The proof of claim indicates the Debtor has an arrearage of $3,490.18. Debtor denies he owes the above referenced amount to the creditor, Lago Mar Townhomes Association, Inc. Debtor believes her arrearage is $505.88.

      Debtor, **ROSA REINOSO**, requests the following disposition: Sustain this objection and reduce the amount owed to Lago Mar Townhomes Association, Inc. to from $3,490.18 to $505.88.

                                                     CORONA LAW FIRM, P.A.
                                                     /s/ Ricardo Corona, Esq.
                                                     RICARDO CORONA, ESQ.
                                                     Florida Bar No. 111333
                                                   3899 NW 7th Street, Suite 202-B
                                                   Miami, FL 33126
                                                   bk@coronapa.com
                                                   (305) 266-1150 phone
                                                   (888) 554-5607 fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Debtor's Objection to Proof of Claim # 1-1 was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this  20th  day of November 2015.

                                CORONA LAW FIRM, P.A.

                                /s/ Ricardo Corona, Esq.
                                RICARDO CORONA, ESQ.
                                Florida Bar No. 111333
                                3899 NW 7th Street
                                Suite 202-B
                                Miami, FL 33126
                                bk@coronapa.com
                                (305) 266-1150 phone
                                (888) 554-5607 fax

**Credit Mailing Matrix**
**Case No.: 15-24431-LMI**

| **Office of US Trustee** | **Nancy Neidich Trustee** | **Rosa Reinoso** |
|---|---|---|
| 51 SW 1st Avenue, Ste 1204 | PO Box 279806 | 7386 SW 162 Place |
| Miami, FL 33130 | Miramar, FL 33027 | Miami, FL 33193 |