**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
[✓] **2nd**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] ___   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Rosa Reinoso**   JOINT DEBTOR: _____   CASE NO.: **15-24431**
Last Four Digits of SS# **xxx-xx-5000**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **50.35** for months **1** to **1** ;
  B. $ **178.13** for months **2** to **7** ;
  C. $ **231.92** for months **8** to **32** ;
  D. $ **224.97** for months **33** to **60** ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **3,000.00**   TOTAL PAID $ **2,000.00**
                  Balance Due    $ **1,000.00**   payable $ **31.25** /month (Months **1** to **32** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **CIT Bank, NA.**         Arrearage on Petition Date $ **2,962.72**
   Address: **2900 Esperanza Crossing Austin, TX 78758**
                              Arrears Payment $ **14.06** /month (Months **1** to **7**)
                              Arrears Payment $ **54.05** /month (Months **8** to **60**)
   Account No: **XXXX3551**   Post-Petition Payment $ **N/A** /month

2. **CIT Bank, NA.**         Post Petition Fees $ **446.00**
   Address: **2900 Esperanza Crossing Austin, TX 78758**
                              Arrears Payment $ **8.42** /month (Months **8** to **60**)
   Account No: **XXXX3551**   post-petition Payment $ **N/A** /month

3. **Lago Mar Townhomes Association, Inc.**   Arrearage on Petition Date $ **N/A**
   Address: **381 North Krome Avenue, Suite # 205 Homestead FL 33030**
                              Arrears Payment $ **N/A** /month (Months _ to _ )
   Account No: **XXXX0027**   post-petition Payment $ **115.00** /month (Months **2** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Lago Mar Townhomes Association, Inc. 381 North Krome Avenue, Suite # 205 Homestead FL 33030 | **7386 SW 162 Place Miami FL 33193** $ **177,550.00** | % | $ 0 | **1** To **60** | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-** _____   Total Due   $ _____
                      Payable     $ _____ /month   (Months _ to _ )   Regular Payment $ _____
Unsecured Creditors: Pay $ **25.00** /month (Months **33** to **60** .
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**

**-NONE-**

**Assumed Contracts and/or Leases**

**-NONE-**

**Special Intentions:**

**CIT Bank: Debtor is responsible for post-petition property taxes and post-petition Hazard insurance.**

**The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Rosa Reinoso**
**Rosa Reinoso**
Debtor

Date:  **March 29, 2016**