UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-24431-LMI
CHAPTER: 13

IN RE:

ROSA REINOSO,

    Debtor.
_____/

### SECURED CREDITOR, LAGO MAR TOWNHOMES ASSOCIATION, INC.'S RESPONSE AND OBJECTION TO MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

Lago Mar Townhomes Association, Inc. ("Association"), a secured creditor, by and through its undersigned attorney, objects to the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property [DE 82] ("Motion to Value"), and states:

1. The Association holds a lien pursuant to its governing Declaration and the claim of lien recorded on December 4, 2014 at OR Book 29415 at Page 2610 in the public records of Miami-Dade County, Florida against the Debtor's real property located at 7386 SW 162nd Place, Miami, Florida 33193 (the "Property").

2. The Association believes the value of the Property exceeds the first mortgage balance due thereby negating the Debtor's argument that the Association is an undersecured creditor subject to the anti-modification provisions of 11 U.S.C. Section 1322(b)(2).

3. The Association requires access to the Property by its appraiser to conduct a full appraisal and inspection to determine the actual fair market value prior to an evidentiary hearing in this matter.

WHEREFORE, the Association requests that this Court sustain this Objection to the Debtor's Motion to Value, deny confirmation of the Debtor's Plan, to determine the extent and validity of the Association's lien against the Property, and for any further relief deemed just.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 29th day of April, 2016 to Ricardo Corona, Esq., 3899 NW 7th Street, #202B, Miami, FL 33126 and to Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027.

SIEGFRIED, RIVERA, HYMAN, LERNER,
DE LA TORRE, MARS & SOBEL, P.A.
Attorneys for Association
201 Alhambra Circle, Eleventh Floor
Coral Gables, FL 33134
Telephone: 305-442-3334
jberlowitz@srhl-law.com
BY:/s/ Jeffrey S. Berlowitz, Esquire
JEFFREY S. BERLOWITZ, ESQUIRE
Florida Bar No. 963739