IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO. 15-24431-LMI
ROSA REINOSO                         CHAPTER 13
    Debtor,
_____/

### DEBTOR'S MOTION TO MODIFY CONFIRMED BANKRUPTCY PLAN

Debtor, **ROSA REINOSO**, by the undersigned attorney and files this Motion to Modify the Confirmed Bankruptcy Plan in this cause and as grounds for this motion would state as follows:

1. That the Debtor's 2nd Amended Chapter 13 Plan (D.E. #84) was confirmed on Approved on May 8, 2016 (D.E. #94).

2. The Debtor wishes to modify the plan to conform to a Notice of Post-petition Mortgage Fees, Expenses and Charges filed by secured creditor.

4. That allowing modification, under the attached proposed plan, will help the Debtor facilitate completion of the bankruptcy plan that satisfies all parties of record.

**WHEREFORE**, the Debtor requests that this Honorable Court Grant their Motion to Modify Confirmed Bankruptcy Plan in this cause.

I **HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 12th day of January 2017.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com