

ORDERED in the Southern District of Florida on February 13, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              CASE NO.  15-24431
ROSA REINOSO
          Debtor.
_____/

ORDER DENYING MOTION TO MODIFY (112)

THIS CASE came on to be heard on February 7, 2017 on the MOTION TO MODIFY (112), <u>and the debtor had until February 10, 2017 to file a new modified plan to fix the typographical errors and failed to file the plan</u>, and based on the record, it is ORDERED as follows:

1. The MOTION TO MODIFY (112) is denied without prejudice.

* * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Nancy K Neidich, Chapter 13 Trustee,, is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court