

**ORDERED in the Southern District of Florida on February 3, 2021.**

*[signature]*

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

ROSA REINOSO                                  Case No. 15-24431-LMI
                                              Chapter 13
        Debtors
_____/

### ORDER GRANTING MOTION TO DEEM CURRENT THE MORTGAGE, DE 182

THIS CASE came before the Court for hearing on February 2, 2021, at 9:00 am, upon the Debtor's Motion to Deem Current Mortgage, D.E. #182. Based on the record, the Debtor's motion, no opposition to the motion, **IT IS ORDERED** as follows:

1. Debtor's Motion to Deem Current the Mortgage, D.E. #182, is hereby **GRANTED**.

2. The Debtor's reverse mortgage was current on October 31, 2020.

# # #

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).